PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Henry Hughes</u>   Case Number: <u>1:06-00013</u>

Name of Judicial Officer: <u>Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>October 9, 2008</u>

Original Offense: <u>Convicted Felon in Possession of Firearm, 18 U.S.C.§ 922(g)(1) and 924</u>

Original Sentence: <u>60 months' custody followed by 3 years' supervised release; revoked and sentenced to another 6 months' custody followed by 18 months' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>April 13, 2012</u>

Assistant U.S. Attorney: <u>Blanche Cook</u>   Defense Attorney: <u>Jay Steed</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Other-Allow the defendant to expire from supervision not having satisfied participation in a GED program.**

Considered this 21st day of June, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Karen L. Webb

Place:  <u>Columbia, Tennessee</u>

Date:   <u>June 18, 2013</u>

Mr. Hughes is scheduled to expire from supervised release on October 12, 2013. As a special condition of his supervised release, he is to participate in an adult education program and prove a consistent effort to the probation officer toward getting his GED.

Mr. Hughes was last before The Court on November 21, 2011, when his original term of supervised release was revoked for a domestic assault conviction in Marshall County. He returned to a subsequent term of supervised release on April 13, 2012, and he has remained stable continuing to reside in Marshall County. Mr. Hughes was approved for disability pay in June 2012, due to his deteriorating health issues. He and his ex-wife have remained apart in separate residences but continue to see each other with no incidents to date.

**U.S. Probation Officer Recommendation:**
Given Mr. Hughes' deteriorating health and advancing age, it is recommended he be allowed to terminate from supervision without having satisfied the special condition of working toward his GED. The U.S. Attorney's Office is agreeable with this recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer